JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

    1301 Clay Street Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    E-Mail: stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>PETER C. SON and JIN K. CHUNG,<br><br>    Defendants. | Case Nos.    4:09-70484 WDB<br><br>EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT AND [PROPOSED] ORDER<br><br>UNDER SEAL |

Plaintiff, United States of America, moves to unseal the criminal complaint and arrest warrant issued for Jin K. Chung, signed and filed on May 29, 2009 in the captioned case, for the purpose of having the Clerk of the District Court certify copies of the complaint and arrest warrant for the purpose of attaching them as exhibits to the documents submitted by the United States to South Korea in support of the extradition of defendant Chung.

///
///
///
///

1

Defendant Chung has been a fugitive since the criminal complaint and arrest warrant were signed in May 2009. He is believed to be living in South Korea.

DATED: July 6, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

STEPHEN G. CORRIGAN
Assistant United States Attorney

**ORDER**

GOOD CAUSE appearing, IT IS ORDERED THAT:

The criminal complaint and arrest warrant for Jin K. Chung be unsealed for the limited purpose of providing the U.S. Attorney's Office with certified copies for the proposed of extraditing defendant Chung from South Korea, then said criminal complaint and arrest warrant should remain sealed until further order of the Court.

DATED: July 7, 2010

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE