AO 442 (Rev. 10/03) Warrant for Arrest

10152492
1611-0830-1715-J

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA
V.

JIN K. CHUNG

**WARRANT FOR ARREST**

Case Number: 4 09-70484

WDB-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JIN K. CHUNG_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Commit Wire Fraud

FILED
FEB 07 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED UNITED STATES MARSHAL
09 JUN -1 PM 1:45

in violation of Title  18  United States Code, Section(s)  1349

JAMES LARSON
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

San Francisco, CA
Date and Location

**Bail Fixed At:**
NO BAIL

by: [signature]
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at  1301 Clay St Oakland CA

| DATE RECEIVED 6/9/2009 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | FBI Oakland | [signature] |

Document No. 8
District Court
Criminal Case Processing